IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NORBERT C. ABEL, AS TRUSTEE ON BEHALF OF THE NORBERT C. ABEL TRUST, Derivatively on Behalf of Nominal Defendant TRANSACTION SYSTEMS ARCHITECTS, INC., <br><br>Plaintiff, <br><br>v. <br><br>GREGORY DERKACHT, SEYMOUR F. HARLAN, ROGER K. ALEXANDER, JIM D. KEVER, FRANK R. SANCHEZ, CHARLES E. NOELL III, GREGORY J. DUMAN, LARRY G. FENDLEY, WILLIAM E. FISHER, DWIGHT HANSON, DAVID C RUSSELL, <br><br>Defendants, <br><br>and <br><br>TRANSACTION SYSTEMS ARCHITECTS, INC., a Delaware corporation, <br><br>Nominal Defendant. | 8:05CV34 <br><br> ORDER OF DISMISSAL |

The matter before the court is the parties' joint motion to dismiss with prejudice. Filing No. 21.  The court finds that this matter should be dismissed with prejudice.

IT IS,  THEREFORE, ORDERED, ADJUDGED AND DECREED  that, pursuant to FED. R. CIV. P. 41(a), the plaintiff's cause of action against all defendants is hereby dismissed in its entirety, with prejudice, and with the parties to be responsible for their own costs and attorney fees.

DATED this 14th day of September, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge